FILED

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. 21-0521

_____

PLANNED PARENTHOOD OF MONTANA, and JOEY BANKS, M.D., on behalf of themselves and their patients,

      Plaintiffs and Appellees,

  v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General,

      Defendant and Appellant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ANSWER BRIEF**

_____

In consideration of Plaintiffs-Appellees' *Unopposed Motion for Extension of Time to File Answer Brief*, there being no objection and good cause appearing, the motion is GRANTED and IT IS HEREBY ORDERED that the Answer Brief of Plaintiffs-Appellees Planned Parenthood of Montana and Joey Banks, M.D., shall be filed on or before March 24, 2022.

DATED this ___ day of _____, 2022.

_____
Clerk of Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 10 2022